# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 146 WAL 2016

                              Respondent   :

                                      :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court

                    v.                     :

STEPHEN PAUL COULSON,             :

                           Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.